AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| THE ARC IN HAWAII, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CIVIL NO. 20-00112 ACK-WRP |
| vs. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| DB INSURANCE CO., LTD, | June 17, 2021 |
| Defendant. | At 3 o'clock and 45 min p.m.<br>MICHELLE RYNNE, CLERK |

[ ]   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**.  This action came for hearing before the Court.  The issues have been heard and a decision has been rendered.

On June 17, 2021, the Court issued its Order, ECF 48:  "Order Granting Plaintiff's Partial Motion for Summary Judgment and Granting in Part and Denying in Part Defendant's Motion for Summary Judgment" (June 17, 2021 Order),

IT IS ORDERED AND ADJUDGED that JUDGMENT is in favor of Plaintiff The Arc in Hawaii pursuant to and in accordance with the June 17, 2021 Order.

| | | |
|---|---|---|
| June 17, 2021 | | MICHELLE RYNNE |
| Date | | Clerk |
| | | /s/ Michelle Rynne, by J.I. |
| | | (By) Deputy Clerk |