IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| THE ARC IN HAWAII, | ) | CV 20-00112 ACK-WRP |
| | ) | |
| Plaintiff(s), | ) | ORDER ADOPTING |
| | ) | MAGISTRATE JUDGE'S |
| vs. | ) | FINDINGS AND |
| | ) | RECOMMENDATION TO GRANT |
| DB INSURANCE CO., LTD, | ) | IN PART AND DENY IN PART |
| | ) | PLAINTIFF'S MOTION FOR |
| Defendant(s). | ) | AWARD OF ATTORNEYS' FEES |
| | ) | AND COSTS |
| | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND
RECOMMENDATION TO GRANT IN PART AND DENY IN PART
PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS

Findings and Recommendation having been filed and served on all parties on September 17, 2021, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawai`i, October 5, 2021.

_____
Alan C. Kay
Sr. United States District Judge

<u>The Arc in Hawaii v. DB Insurance Co., LTD</u>, Civ. No. 20-00112 ACK-WRP, Order Adopting Magistrate Judge's Findings and Recommendation to Grant in Part and Deny in Part Plaintiff's Motion for Award of Attorneys' Fees and Costs.